IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

CASE NO. 6:15-MN-02613-BHH
ALL CASES

IN RE:  TD BANK, N.A. DEBIT CARD OVERDRAFT FEE LITIGATION

MDL No. 2613

### FINAL JUDGMENT

The Court, having entered the Final Order and Judgment dated January 9, 2020 (ECF No. 233), hereby **ENTERS JUDGMENT** as follows:

1. The Court incorporates herein by reference the Final Order and Judgment (ECF No. 233), which granted final approval to the Settlement Agreement (ECF No. 217-1)[1], certified the Settlement Classes for settlement purposes, and granted Plaintiffs' requests for attorneys' fees, reimbursement for expenses and service awards for Class Representatives.

2. This Action, inclusive of any and all cases and claims consolidated or otherwise included in this MDL 2613, is hereby dismissed with prejudice as to all parties and all Members of the Settlement Classes, each side to bear its own fees and costs except as otherwise provided in the Final Order and Judgment.

3. Those persons identified on the List of Exclusions attached hereto as Exhibit A are hereby excluded from the Settlement. They shall not receive any

---

[1] Except as specifically modified by the Final Order and Judgment, all capitalized terms used herein shall have the meaning set forth in the Settlement Agreement.

distribution from the Settlement and are not bound by the Final Order and Judgment or this Final Judgment.

    4.    Plaintiffs and all Members of the Settlement Classes, including any objectors, are hereby barred and enjoined from asserting any of the Released Claims, including, but without limitation, during any appeals from the Final Order and Judgment and this Final Judgment.

    **IT IS SO ORDERED**.

    <u>/s/ Bruce Howe Hendricks</u>
    United States District Judge

January 24, 2020
Greenville, South Carolina